■ ROBERT J. KELLER v FRANK P. EBERHARD COMPANY et al., Respondents.

Although an order denying a motion without prejudice to renewal is appealable as of right (*see, e.g., Okin v White Plains Hosp.,* 97 AD2d 399), the record in this case presents issues of fact warranting the denial of summary judgment at this juncture. Mangano, J. P., Brown, Niehoff and Lawrence, JJ., concur.

■ KEY BANK OF SOUTHEASTERN NEW YORK, N. A., Respondent, v SIDNEY PAL *et al.,* as Trustees of the Tamara Trust, et al., Appellants.

Special Term properly granted plaintiff's motion for summary judgment in the sum of $166,152.03. It is uncontested that defendants owed plaintiff that sum. Furthermore, the asserted defenses of novation, accord and satisfaction, and equitable estoppel are without merit (*see, Fuller v Kemp,* 138 NY 231; *Donemore Clothing Co. v Shapiro,* 202 NYS 258; *Cantasano v Courtney,* 98 Misc 623; *McLaughlin v Gillings,* 18 Misc 56). Titone, J. P., Bracken, Rubin and Lawrence, JJ., concur.